

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00565-CV

**IN THE INTEREST OF D.Z.C.**, a Child

From the County Court at Law, Medina County, Texas
Trial Court No. 15-03-6698-CCL
Honorable James Rausch, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's July 28, 2024 order is REVERSED and the cause is remanded for a new hearing on the confirmation of the non-agreed order. Costs of the appeal are assessed against appellee the Office of the Attorney General.

SIGNED December 17, 2025.

_____
Rebeca C. Martinez, Chief Justice